# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**CUMIS INSURANCE SOCIETY, INC.**
      Plaintiff
  vs.                          CASE NUMBER: 6:12-CV-1070 (FJS/ATB)

**JASON J. LAPIERRE**
      Defendant

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of Cumis Insurance Society, Inc., and against Jason J. LaPierre in the amount of $410,998.45 plus prejudgment interest on that sum in the amount of $72,356.76, calculated using New York's statutory rate of 9% per annum, from May 6, 2011, until 4/19/2013; and post judgment interest on the award of $410,998.45 at the rate of 0.12 per cent per year pursuant to 28 USC section 1961. Further it is ordered that the Clerk of the Court shall tax costs against Defendant in the amount of $435.00 which is added to this judgment.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 19th day of April, 2013.

DATED: April 19, 2013

*[Signature]*
Clerk of Court

S/ _____

Joanne Bleskoski
Deputy Clerk